# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| CASEY FOX, NANCY FOX, and FOX LAKE RANCH LLC<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>MEDINA LAKE TX PROPERTY ASSOCIATES, LLC; BNP PARIBAS; and FIRST AMERICAN COMMERCIAL PROPERTY GROUP-AUSTIN, LLC<br><br>　　　　　Defendants. | Case No. _____. |

## **INDEX OF DOCUMENTS FILED WITH BNP PARIBAS' NOTICE OF REMOVAL**

In accordance with 28 U.S.C. § 1446(a), Defendant BNP Paribas submits this Index of Documents Filed with BNP Paribas' Notice of Removal, identifying the following documents being filed with its Notice of Removal:

**Exhibit A:** Index of documents filed with Defendant BNP Paribas' Notice of Removal, and copies of each document filed in the State Court Action:

**Exhibit A-1:** Plaintiff's Original Petition (August 5, 2020)

**Exhibit A-2:** Bandera County Civil Docket Sheet (August 5, 2020)

**Exhibit A-3:** Requests for Issuance (August 6, 2020)

**Exhibit A-4:** Issuance of Citations (August 7, 2020)

**Exhibit A-5:** Letter Recalling Citation for BNP Paribas (August 14, 2020)

**Exhibit A-6:** Request for Issuance – BNP Paribas (August 14, 2020)

**Exhibit A-7:** Issuance of Citation – BNP Paribas (August 17, 2020)

        **Exhibit A-8:** Citation Returned Served – Medina Lake TX Property Associates, LLC (August 26, 2020)

        **Exhibit A-9:** Citation Returned Served – First American Property Group - Austin, LLC (August 26, 2020)

        **Exhibit A-10:** Defendant BNP Paribas' Original Answer (September 3, 2020)

**Exhibit B:** A copy of the Docket Sheet in the State Court Action (printed on September 3, 2020)

**Exhibit C:** Fed. R. Civ. P. 7.1 Disclosure Statement for Defendant BNP Paribas

**Exhibit D:** JS 44 Civil Cover Sheet

**Exhibit E:** Supplement to JS 44 Civil Cover Sheet for Cases Removed from State District Court

**Exhibit F:** State of Delaware Certificate of Cancellation – Medina Lake TX Property Associates, LLC (February 18, 2019)

**Exhibit G:** State of Texas Certificate of Termination – First American Property Group - Austin, LLC (July 28, 2010)