EXHIBIT B

```
TYPE: OTHER REAL PROPERTY                      STATUS: PENDING
      CASEY FOX ETAL VS MEDINA LAKE TX PROPERTY
```

```
          -----------JUDGE -----------             --PARTY #--
CURRENT: EMERSON, REX M
                                              ------------ATTORNEYS-------------
PL 001: FOX, CASEY                            PULMAN, RANDALL A
PL 002: FOX, NANCY                            PULMAN, RANDALL A
PL 003: FOX LAKE RANCH LLC                    PULMAN, RANDALL A
          VS.
```

```
DF 004: MEDINA LAKE TX PROPERTY ASSOCIATES  NONE
   AG : THE CORPORATION TRUST COMPANY
```

```
DF 005: BNP PARIBAS,                          NONE
   AG : DESIDERIO, RALPH
```

```
DF 006: FIRST AMERICAN COMMERCIAL PROPERTY  NONE
   AG : KUHL              RYAN      THOM
```
------------------------------------------------------------------------------

ISSUES

```
ISSUE-  1:   PROPERTY DISPUTE                    CV     CV.039.
ASSMNT  2: A  DC CV COURT COST                   ASMT   DC CV COURT COST
ASSMNT  3: A  NON-CERTIFIED COPY                 ASMT   NON-CERTIFIED CPY
ASSMNT  4: A  CITATION ISSUED DIST               ASMT   CITATION-ISSUED
ASSMNT  5: A  NON-CERTIFIED COPY                 ASMT   NON-CERTIFIED CPY
ASSMNT  6: A  CITATION ISSUED DIST               ASMT   CITATION-ISSUED
ASSMNT  7: A  NON-CERTIFIED COPY                 ASMT   NON-CERTIFIED CPY
```
------------------------------------------------------------------------------

MAJOR EVENTS
------------------------------------------------------------------------------

FILING                              PROCEEDINGS
DATE      EVENT          COMMENT                    EVENT DATE        ENTRY/UPD*  /P

```
8/05/20 PLAINTIFF'S ORIG PET                                        DC2*     000
        PLAINTIFF'S ORIGINAL PETITION
```

```
8/05/20 CIVIL DOCKET SHEET                                         DC2*     000
        CIVIL DOCKET SHEET
```

```
8/06/20 EFILE REQ FOR ISSUAN                                       DC2      000
        E-FILE REQUEST FOR ISSUANCE
        - MEDINA LAKE TX PROPERTY ASSOCIATES, LLC,
        REGISTERED AGENT: THE CORPORATION TRUST COMPANY
        CORPORATION, CORPORATION TRUST CENTER, 1209 ORANGE
        STREET, WILMINGTON, DELAWARE 19801
        - BNP PARIBAS, REGISTERED AGENT: RALPH DESIDERIO, 33
        CLAY STREET, SUITE 3400, HOUSTON, TEXAS 77002
        - FIRST AMERICAN COMMERCIAL PROPERTY GOUP-AUSTIN,
        LLC, REGISTERED AGENT: RYAN THOMAS KUHL, 18618
        TUSCANY STONE, SUITE 210, SAN ANOTNIO, TEXAS 78258
```

```
8/06/20 CITATION-PERSONAL                                          DC2      000
        CITATION ISSUED PERSONAL SERVICE
        - MEDINA LAKE TX PROPERTY ASSOCIATES, LLC
```

Case 5:20-cv-01052  Document 1-12  Filed 09/03/20  Page 3 of 4

              - BNP PARIBAS
              - FIRST AMERICAN COMMERICAL PROPERTY GROUP-AUSTIN,
              LLC

8/14/20 LETTER                                                            DC2*    000
              LETTER RECALLING CITATION FOR BNP PARIBAS

8/14/20 EFILE REQ FOR ISSUAN                                              DC2     000
              E-FILE REQUEST FOR ISSUANCE - BNP PARIBAS,
              REGISTERED AGENT: JENNIFER HARRIS, 8021 MCKINNEY
              AVE., DALLAS, TX 75201

8/17/20 CITATION-PERSONAL                                                 DC2*    000
              CITATION ISSUED PERSONAL SERVICE - BNP PARIBAS

8/24/20 REQUEST FOR COPIES                                                DC2*    000
              REQUEST FOR COPY OF ALL DOCUMENTS IN COURT'S FILE,
              INCLUDING DOCKET SHEET
              EMAILED TO AADAME@SHEARMAN.COM

8/26/20 CITATION RETURNED SE                                              DC2     000
              CITATION RETURNED SERVED
              - MEDINA LAKE TX PROPOERTY ASSOCIATES, LLC WAS
              SERVED ON AUGUST 7, 2020 AT 2:45 PM BY DENNORIS
              BRITT #1958
              - FIRST AMERICAN COMMERCIAL PROPERTY GROUP-AUSTIN,
              LLC WAS SERVED ON AUGUST 18, 2020 AT 12:40 PM BY
              DANIEL GARCIA #10849
------------------------------------------------------------------------------
                                 PAYMENTS
DATE    TYPE    RECPT    COMMENT                     AMOUNT    CODE ENTRY PER

8/06/20 E-FILING 1034531 45138726                    307.00   CFF  DC2    000
              POSTED BY: REED, RYAN
8/06/20 E-FILING 1034531 45138726                     11.00   6CY  DC2    000
              POSTED BY: REED, RYAN
8/07/20 E-FILING 1034539 45172172                     24.00   6CI  DC2    000
              POSTED BY: REED, RYAN
8/07/20 E-FILING 1034539 45172172                      1.25   6CY  DC2    000
              POSTED BY: REED, RYAN
8/14/20 E-FILING 1034588 45393665                      1.00   6CY  DC2    000
              POSTED BY: REED, RYAN
8/17/20 E-FILING 1034591 45398605                      8.00   6CI  DC2    000
              POSTED BY: REED, RYAN
8/17/20 E-FILING 1034591 45398605                      1.00   6CY  DC2    000
              POSTED BY: REED, RYAN
8/24/20 CREDIT C 1034651 100206981990                 23.25   6CY  DC2    000
              POSTED BY: WHITTLESEY, DAVID
8/27/20 E-FILING 1034672 45730318                      1.25   6CY  DC2    000
              POSTED BY: MAGEE, LEE ANN

```
PGM ID-DSPDOC                    COUNTY OF BANDERA                      PAGE    3
DATE  9/02/20               CASE#: BA DC CV-OR-20-0000246              TIME 16:06

8/27/20 E-FILING 1034673 45733153                            1.25  6CY  DC2    000
              POSTED BY: MAGEE, LEE ANN
```