# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| CASEY FOX, NANCY FOX, and FOX LAKE RANCH LLC<br><br>    Plaintiffs,<br><br>    v.<br><br>MEDINA LAKE TX PROPERTY ASSOCIATES, LLC; BNP PARIBAS; and FIRST AMERICAN COMMERCIAL PROPERTY GROUP-AUSTIN, LLC<br><br>    Defendants. | Case No. _____. |

**CORPORATE DISCLOSURE STATEMENT**
**OF DEFENDANT BNP PARIBAS**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant BNP Paribas makes the following disclosure through its undersigned counsel:

BNP Paribas is a publicly traded company organized under the laws of France. BNP Paribas has no parent company and no publicly held corporation owns 10% or more of its shares.

Date: September 3, 2020

Respectfully submitted,

/s/ David P. Whittlesey
David P. Whittlesey
Texas Bar No. 00791920
SHEARMAN & STERLING LLP
111 Congress Ave., Suite 1700
Austin, TX 78701
Tel.: (512) 647-1900
david.whittlesey@shearman.com

*Attorneys for Defendant BNP Paribas*